JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:22-cv-00303-JLS-ADS    Date: June 17, 2022
Title: Gabriel Dorsey v. Emerald Avenue LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                       Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On June 3, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. (*See* OSC, Doc. 15.) On June 10, 2022, Plaintiff filed a timely response to the Order to Show Cause. (*See* Response, Doc. 16.) The Court has reviewed the response, and finds that Plaintiff has failed to demonstrate diligence in prosecuting this action or good cause for the failure to do so. Accordingly, the action is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b).

Initials of Deputy Clerk: droj